it is ordered that said motion is hereby granted without prejudice to Appellant's right to file a petition during the course of normal appellate review.

No. 17–0196/AF. U.S. v. Paul D. Voorhees. CCA 38836. On consideration of Appellee's motion to dismiss the petition for grant of review for lack of jurisdiction, it is ordered that said motion is hereby granted without prejudice to Appellant's right to file a petition during the course of normal appellate review.

No. 17–0077/AR. U.S. v. Salvador Jimenez–Victoria. CCA 20140733. Appellant's motion to consider additional matters out of time is denied.

No. 17–0086/AF. United States, Appellant/Cross–Appellee v. Patrick Carter, Appellee/Cross–Appellant. CCA 38708. Appellant/Cross–Appellee's motion to dismiss the petition for grant of review is denied.

No. 17–0148/AF. U.S. v. Stephan H. Claxton. CCA 38188. On further consideration of the Order Granting Review issued February 3, 2017, it is ordered that the portion of the Order Granting Review of Issue I is hereby vacated, and that Issue II will be briefed and heard at oral argument on May 9, 2017.

No. 17–0182/NA. U.S. v. Richard P. Trotter. CCA 201500332. Appellee's motion to file an answer to the supplement to the petition for grant of review out of time is denied.

No. 17–0290/AF. U.S. v. Andrew I. Lutcza. CCA 2016–13. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

No. 17–0291/NA. U.S. v. Darin G. Lòpez. CCA 201400373. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

No. 17–0294/AR. U.S. v. James R. Reed. CCA 20150284. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 31, 2017.

No. 17–0295/AR. U.S. v. Harry J. Ciborowski. CCA 20150544. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 6, 2017.

Tuesday, March 21, 2017